| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: CHRISTOPHER PATRICK BOYD<br>First Name   Middle Name   Last Name | Case #: | 22-12455 TBM |
| Debtor 2: _____<br>First Name   Middle Name   Last Name | Chapter: | 13 |

# Local Bankruptcy Form 1009-1.1

## Notice of Amendment of Petition, Lists, Schedules, Statements, and/or Addition of Creditors

**Please check applicable boxes, complete applicable sections identifying each amendment, and attach additional pages as necessary.**

### Part 1  Notice

You are hereby notified that the Debtor has filed amended documents: **Statement of Current Monthly Income & addition of Calculation of Disposable Income**

### Part 2  Amendments

**2.1. Petition**

☒ Not applicable (no amendments to Petition)

☐ The following section(s) of the Petition are amended as follows:

| Section of Petition | Information before amendment | New information |
|---|---|---|
|  |  |  |
|  |  |  |

**2.2. List(s)**

☒ Not applicable (no amendments to List(s))

☐ The following List(s) are amended as follows:

| List | Information before amendment | New information |
|---|---|---|
|  |  |  |
|  |  |  |

Change in creditor's name or address on List(s):

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
|  |  |
|  |  |

**2.3. Schedule(s) of Debts**

☒ Not applicable (no amendments to Schedules of Debt(s))

☐ Schedule(s) of Debts are amended as follows:

Schedules A/B:

| Description of property | Interest in property | Current value of entire property | Current value of portion owned |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

Schedule C:

| Amount of the exemption you claim | Current value of debtor's interest |
|---|---|
|  |  |
|  |  |

If you object to this amended claim of exemption, you must file and serve your objection within 30 days after the date this notice is served. Objections must be filed with the Court and a complete copy must be served on debtor's attorney or debtor, if unrepresented.

Schedule D:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Claim amount | Collateral | Collateral value | Any other changes |
|---|---|---|---|---|---|
| ☐ New creditor<br>☐ Amendment to existing creditor |  |  |  |  |  |
| ☐ New creditor<br>☐ Amendment to existing creditor |  |  |  |  |  |

Schedules E/F:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Total claim amount | Priority amount (if any) | Any other changes |
|---|---|---|---|---|
| ☐ New creditor<br>☐ Amendment to existing creditor |  |  |  |  |
| ☐ New creditor<br>☐ Amendment to existing creditor |  |  |  |  |

Schedule G:

| Contracting/Leasing party and address | What the contract of lease is for |
|---|---|
|  |  |
|  |  |

Schedule H:

| Co-debtor/spouse, former spouse, or legal equivalent; name and address | Creditor to whom you owe the debt/community state or territory |
|---|---|
| | |
| | |

Schedules I/J:

| Amended/New information |
|---|
| |
| |

**2.4. Statement(s)**

☐ Not applicable (no amendments to Statement(s))

☒ The following Statement(s) are amended as follows:

| Statement | Information before amendment | New information |
|---|---|---|
| Statement of Current Monthly Income | Under Median Income | Over Median Income |

**2.5. Addition of Creditor(s)**

☒ Not applicable (no additions)

☐ Creditors have been added as follows (and Schedules D, E, or F have been amended accordingly):

☐ Creditors have been amended as follows:

Change in creditor's name or address:

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
| | |

**Part 3    Signature of Debtor's Attorney or Debtor (if unrepresented)**

Dated: 9/21/2022

By: /s/ Sean Cloyse
Sean Cloyes #33381
Berken Cloyes, PC
1159 Delaware St
Denver, CO 80202
303.623.4357
sean@berkencloyes.com

**Part 4**  **Verification of Debtor**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/21/2022                                                                 By:  /s/   Christopher Patrick Boyd
                                                                                                    Signature of Debtor

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on September 21, 2022, I served by the CM/ECF system, or via pre-paid first-class mail and/or other acceptable means (i.e. via hand delivery or electronic means), a copy of the foregoing Notice of Amendment of Petition, Lists, Schedules, Statements, and/or Addition of Creditors and Amended Statement of Current Monthly Income and the Calculation of Disposable Income on the following parties:

Adam M. Goodman
Standing Chapter 13 Trustee
P.O. Box 1169
Denver, CO 80201-1169

Christopher Boyd
1545 Skimmer St
Berthoud, CO 80513

                                                                                                  /s/ Sean Cloyes