TO: Bancruptcy Clerk Office

From: Creditor Hemp Recovery LLC
Adam Desmond



FILED
CLERK OF COURT
SEP 30 2022
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

Case # 22-12455-TBM
Christopher Boyd

Due to Administrative Reasons, I submitted a duplicate claim by accident online for this case. I submitted Claim #2 and Claim #3.

They are duplicates. Please Remove Claim #3. AND <u>Keep</u> Claim #2.

Here is a hardcopy of the claim.

Thank you!, Adam Desmond
of
Hemp Recovery LLC
Cell: 404-386-4499