IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE:  22-12455 TBM |
| CHRISTOPHER PATRICK BOYD | CHAPTER 13 |
| DEBTOR | |

NOTICE OF
CHAPTER 13 TRUSTEE'S MOTION TO EXTEND TIME TO OBJECT
TO PREFERENTIAL AND/OR FRAUDULENT TRANSFER
PURSUANT TO 11 U.S.C. §§ 546, 547 AND/OR 548

## OBJECTION DEADLINE: DECEMBER 28, 2022

TO ALL PARTIES OF INTEREST:

NOTICE IS HEREBY GIVEN that Standing Chapter 13 Trustee Adam M. Goodman, Movant, has filed a Motion to Extend Time to Object to Preferential and/or Fraudulent Transfer Pursuant to 11 U.S.C. §§ 546, 547 and/or 548 with the bankruptcy court and requests the following relief: extension of time to pursue potentially avoidable preferential and/or fraudulent transfer.

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed with the Bankruptcy Court, 721 19th St., Denver, CO 80202-2508 on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

December 7, 2022

Respectfully submitted,

*s/ Jennifer Cruseturner*
Jennifer Cruseturner #44452
Attorney for Adam M. Goodman
Standing Chapter 13 Trustee
P.O. Box 1169
Denver, CO  80201-1169
Phone (303) 830-1971
Fax (303) 830-1973
jcruseturner@ch13colorado.com

CERTIFICATE OF SERVICE

      I do hereby certify that a true and correct copy of the foregoing 9013 Notice, Motion to Extend Time to Object to Preferential and/or Fraudulent Transfer Pursuant to 11 U.S.C. §§ 546, 547 and/or 548, and Proposed Order was placed in the U.S. Mail, postage prepaid or delivered electronically via ECF, on December 7, 2022 addressed as follows:

NANGNOY B. BOYD
1545 SKIMMER ST
BERTHOUD, CO 80513

CHRISTOPHER PATRICK BOYD
1545 SKIMMER ST
BERTHOUD, CO 80513

BERKEN CLOYES, PC
VIA CM/ECF

*/s/ Jennifer Cruseturner*
Jennifer Cruseturner, Chapter 13 Trustee Staff Attorney