## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

IN RE:                                          CHAPTER 13
CHRISTOPHER PATRICK BOYD                         CASE: 22-12455 TBM


                        DEBTOR

---

## WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

---

The Standing Chapter 13 Trustee withdraws his Objection to Confirmation of Chapter 13 Plan;  Documentation provided resolves the objection.

January 11, 2023

                        Respectfully submitted,

                        s/Jennifer K. Cruseturner
                        Jennifer K. Cruseturner, #44452
                        Attorney for Chapter 13 Trustee
                        P.O. Box 1169
                        Denver, CO  80201-1169
                        (303) 830-1971
                        FAX (303) 830-1973
                        jcruseturner@ch13colorado.com


                CERTIFICATE OF SERVICE
I hereby certify that a true and correct copy of the above Withdrawal of Objection to Confirmation of Chapter 13 Plan was served via CM/ECF or by U.S. Mail, postage prepaid on January 11, 2023 addressed as follows:

CHRISTOPHER PATRICK BOYD
1545 SKIMMER ST
BERTHOUD, CO 80513

BERKEN CLOYES, PC
VIA CM/ECF


                        /s/ ns
                        Chapter 13 Staff Member