IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO

IN RE:                                                              BANKRUPTCY CASE: 22-12455-TBM

CHRISTOPHER PATRICK BOYD                         CHAPTER 13

DEBTOR

ORDER ON
CHAPTER 13 TRUSTEE'S MOTION TO EXTEND TIME TO OBJECT
TO PREFERENTIAL AND/OR FRAUDULENT TRANSFER
PURSUANT TO 11 U.S.C. §§ 546, 547 AND/OR 548

This matter is before the Court on the Chapter 13 Trustee's "Motion to Extend Time to Object to Preferential and/or Fraudulent Transfer Pursuant to 11 U.S.C. §§ 546, 547 and/or 548" (Docket No. 33, the "Motion to Extend"). The Trustee asserts he provided proper notice of his Motion to Extend and no response was filed. The following facts are determined to be uncontested:

1. That Debtor, Christopher Patrick Boyd, filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on July 8, 2022.

2. That during the two-year time period preceding the filing of the instant case, Debtor transferred ½ interest in 2012 GMC Sierra SLE vehicle to his wife, Nangnoy B. Boyd, and received $0.00 in payment in return. (See Statement of Financial Affairs, Docket #1, Page 12, Question 18)

3. That the Chapter 13 Trustee at this time does not intend to seek to avoid the foregoing transfer or to file an adversary proceeding to recover the potentially avoidable preferential and/or fraudulent transfer.

4. That based upon the petition filing date of July 8, 2022, Debtor's Chapter 13 case may not extend beyond July, 2027. 11 U.S.C. 1322(d).

Accordingly, it is ORDERED that the statute of limitations set by Section 546(a) to pursue the potentially avoidable preferential and/or fraudulent transfer is extended for the life of this Chapter 13 case, or if the Debtor's Chapter 13 case is converted to a Chapter 7 proceeding, the Chapter 7 trustee shall have the longer of the unexpired time period set by Section 546(a) or 90 days from the date of the entry of the conversion order to file a motion to avoid the foregoing transfer and/or to file an adversary proceeding to recover a preference and/or fraudulent transfer and/or to otherwise object to said transfers.

Dated: January 23, 2023

BY THE COURT:

*Thomas B. McNamara*
Bankruptcy Judge