ADAM M GOODMAN
CHAPTER 13 STANDING TRUSTEE
1888 SHERMAN ST., SUITE 750
DENVER, CO 80203
(303) 830-1971 Fax: (303) 830-1973

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In Re: CHRISTOPHER PATRICK BOYD

Chapter 13

Case Number: 22-12455 TBM

## CHAPTER 13 TRUSTEE'S REPORT OF CLAIMS

Comes Now, Adam M. Goodman, Standing Chapter13 Trustee, and files this Report of Claims. Both the non-governmental and governmental bar dates have passed and the following proofs of claim have been filed with the U.S. Bankruptcy Court. Payments on these claims are being made in accordance with the terms and conditions of the Debtor(s)' confirmed Chapter 13 plan. Pursuant to 11 U.S.C. Section 502(a), payments on these claims shall continue unless an objection is filed with the U.S. Bankruptcy Court by a party of interest.

| | | |
|---|---|---|
| BERKEN CLOYES, PC
1159 DELAWARE STREET
DENVER, CO 80204- | $6,150.00 | Debtor's Attorney |

| CLM# | Creditor's Name / Address | Claim Amt | Category |
|---|---|---|---|
| 001 | ELEVATIONS CREDIT UNION
P O BOX 9004
BOULDER, CO
80301 | $ 1,481.86
Distribution Source: | GENERAL UNSECURED
PLAN |
| 002 | HEMP RECOVERY LLC
1112 HERITAGE DR.
CARBONDALE, CO
81623-1112 | $ 336,318.44
Distribution Source: | GENERAL UNSECURED
PLAN |
| 003 | HEMP RECOVERY LLC
1112 HERITAGE DR.
CARBONDALE, CO
81623-1112 | $ 336,318.44
Distribution Source: | WITHDRAWN
PLAN |

| CLM# | Creditor's Name / Address | Claim Amt | Category |
|---|---|---|---|
| 004 | HEMP RECOVERY LLC<br>1112 HERITAGE DR.<br>CARBONDALE, CO<br>81623-1112 | $ 336,318.44<br>Distribution Source:  PLAN | WITHDRAWN |
|  | CLASS FOUR CREDITORS<br>CHAPTER 13 TRUSTEE<br>1888 SHERMAN ST STE 750<br>DENVER, CO  80203-0000 | $ 0.00<br>Distribution Source:  PLAN | GENERAL UNSECURED |
|  | TOTAL: | $ 1,010,437.18 |  |

Dated: February 1, 2023

Visit www.ndc.org to review the Trustee's records in this case.

/s/   ADAM M GOODMAN
ADAM M GOODMAN
CHAPTER 13 STANDING TRUSTEE

DISTRICT OF COLORADO

## CERTIFICATE OF SERVICE

Judge: THOMAS B. MCNAMARA                    Bankruptcy Case Number 22-12455 TBM

BERKEN CLOYES, PC               CHRISTOPHER BOYD
1159 DELAWARE STREET            1545 SKIMMER ST
DENVER, CO  80204               BERTHOUD, CO 80513

    I hereby certify, under penalty of perjury under the laws of the United States, that I am over the age of eighteen years, and not a party to this action; that I am a citizen of the United States and that my business address is 1888 SHERMAN ST., SUITE 750, DENVER, CO; that I executed this Certificate of Service and served a true copy of the NOTICE OF CLAIMS RECEIVED BY THE CHAPTER 13 TRUSTEE by placing a true copy thereof; enclosed in a sealed envelope, with postage thereon fully prepaid, for deposit with the United States Postal Service, first-class postage, addressed as listed above.


Dated: February 1, 2023

/s/ ARKADY SHUSTERMAN

Claims Administrator for ADAM M GOODMAN