## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:                                        )
                                              )
Christopher Patrick Boyd,                     )          **CASE NO. 22-12455-TBM**
                        Debtor.               )
                                              )

### NOTICE OF SATISFACTION OF CLAIM

| Creditor Name and Address: | Elevations Credit Union<br>2690 Diagonal Highway<br>Boulder, CO 80301 |
|---|---|
| Court Claim Number | 1 |
| Date Claim Filed | 07/13/2022 |
| Total Amount of Claim Filed | $1,481.86 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby state the above-referenced claim is paid in full and satisfied and no further disbursements, other than what has been disbursed are required. I authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this satisfaction on the official claims register for the above referenced Debtor.

Respectfully submitted this 20th day of November 2025.

HOLST & TEHRANI, LLP

*/s/ Iman Tehrani*
Counsel to Movant
Iman Tehrani, Atty. Reg. #: 44076
Stephanie Wall, Atty. Reg. #: 49653
Noah Bowers, Atty. Reg. #: 60671
514 Kimbark Street; PO Box 298
Longmont, CO 80502-0298
Phone: (303) 772-6666
iman@shlaw.biz